■

COMMONWEALTH of Pennsylvania,
Respondent,

v.

Christopher BAUMGARDNER,
Petitioner.

Supreme Court of Pennsylvania.

Feb. 15, 2002.

Reargument Denied May 6, 2002.

### ORDER

PER CURIAM.

AND NOW, this 15th day of February, 2002, the Petition for Allowance of Appeal is granted. The Superior Court Order dated January 23, 2001 is reversed based on our decision in *Commonwealth v. Gleason*, 785 A.2d 983 (Pa.2001).

Mr. Justice SAYLOR dissents.

■

TOWNHALL OF AMERICA, INC.,
A Pennsylvania Corporation,
Petitioner,

v.

SALEM TOWNSHIP, A Political Sub-division of the Commonwealth of Pennsylvania, Respondent.

Salem Township, A Political Subdi-vision of the Commonwealth of Pennsylvania, Respondent,

v.

Townhall of America, Inc., t/d/b/a "Climax," A Pennsylvania Corporation, and Nicholas Fratangelo, Petitioners.

Townhall of America, Inc., A Pennsylvania Corporation, petitioner,

v.

Salem Township, A Political Subdi-vision of the Commonwealth of Pennsylvania, Respondent.

Townhall of America, Inc., A Pennsylvania Corporation,

v.

Salem Township, A Political Subdi-vision of the Commonwealth of Pennsylvania.

Salem Township, A Political Subdi-vision of the Commonwealth of Pennsylvania,

v.

Town Hall of America, Inc., t/d/b/a "Climax," A Pennsylvania Corpo-ration, and Nicholas Fratangelo.

Petition of Townhall of America, Inc., t/d/b/a "Climax," A Pennsylvania Cor-poration, and Nicholas Fratangelo.

Supreme Court of Pennsylvania.

April 10, 2002.

### ORDER

PER CURIAM.

AND NOW, this 10th day of April, 2002, the Petition for Allowance of Appeal is hereby DENIED and the Application for Supersedeas is DISMISSED AS MOOT.

---

**In re Nomination PETITION OF Dan ROONEY, Republican Candidate for Representative in the General Assembly from the 149th District.**

**Appeal of Marilyn Vaccarello.**

Supreme Court of Pennsylvania.

May 9, 2002.

### ORDER

PER CURIAM.

AND NOW, this 9th day of May, 2002, the order of the Commonwealth Court is affirmed. The Appellee's "Motion to Strike the First Issue in the Appellant's Brief" is denied.

---

**In re Nomination Petition of Robert M. HODIES, Democratic Candidate for Representative in the General Assembly from the 156th District,**

**Appeal of Roland H. Woodward,**

**Cross–Appeal of Robert M. Hodies.**

Supreme Court of Pennsylvania.

May 15, 2002.

John George Bravacos, West Chester, for Roland H. Woodward.

Samuel C. Stretton, West Chester, for Robert M. Hodies.

Before: ZAPPALA, C.J., and CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

### ORDER

PER CURIAM.

AND NOW, this 15th day of May, 2002, the Order of the Commonwealth Court is hereby AFFIRMED.